An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| WILLIAM J. MCBRIEN,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 61344 |

**FILED**

MAY 1 4 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction entered pursuant to a guilty plea of battery with the use of a deadly weapon resulting in substantial bodily harm constituting domestic violence and coercion. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Appellant William McBrien contends that the district court should not have accepted his guilty plea because he had plausible defenses to the criminal charges. However, a valid guilty plea constitutes an admission of all the facts necessary for a conviction, *United States v. Cazares*, 121 F.3d 1241, 1246-47 (9th Cir. 1997), and "results in forfeiture of those defenses not explicitly preserved by entering conditional guilty plea," *United States v. Schweitzer*, 454 F.3d 197, 205 (3d Cir. 2006) (internal quotation marks omitted). McBrien has not challenged the validity of his guilty plea nor preserved these alleged defenses for appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14264

*See* NRS 174.035(3). Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                                              Saitta


cc:     Hon. Linda Marie Bell, District Judge
        George R. Carter
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk